**Anna Berkman, appellee, v. Morris Zeidman and Minnie Zeidman, appellants.  Gen. No. 29,883.**

Action to recover real estate commission.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. John Bedinger, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1924.  Reversed and remanded.  Opinion filed October 6, 1925.

Joseph Rosenberg, for appellants; Benjamin Rosenberg, of counsel.  No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Ethel M. Copeland, appellee, v. John E. May, appellant.  Gen. No. 29,916.**

Action to recover monies delivered for investment.  Judgment for plaintiff.  Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1924.  Affirmed.  Opinion filed October 6, 1925.

Henry S. Robbins, for appellant; Orville J. Taylor, John S. Miller, Jacob M. Dickinson, Jr., and George D. Smith, of counsel.  Tenney, Harding, Sherman & Rogers and Victor Elting, for appellee; Horace Kent Tenney, Victor Elting and S. Ashley Guthrie, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Adolph Huse, plaintiff in error.  Gen. No. 29,923.**

Prosecution for violation of liquor law.  Defendant convicted.  Error to the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding.  Heard in the second division of this court for the first district at the March term, 1925.  Reversed.  Opinion filed October 6, 1925.

M. L. Carmody and E. R. Parness, for plaintiff in error.  Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Frank Sturtevant, trading as Sturtevant Orchestras of Chicago, appellant, v. Fred C. Dahms, appellee.  Gen. No. 29,984.**

Action for breach of contract for employment.  Judgment for defendant.  Appeal from the Municipal Court of Chicago; the Hon. Joseph S. La Buy, Judge, presiding.  Heard in the second division of this court for the first district at the March term, 1925.  Reversed and remanded.  Opinion filed October 6, 1925.

Alex M. Golman, for appellant; A. S. Langille and John L. Ward, for appellee; John L. Ward, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.